Aydin T. Oner
3733 Misty Falls Street
Las Vegas, Nevada 89129
*In Proper Person*



RECEIVED
AND FILED

2014 DEC 10 PM 3 27

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

In re: )
)
Aydin T. Oner, ) Case No.: 14-14200-MKN
)
Debtors. ) Chapter: 13
)
)
)
)
)

## EX PARTE MOTION TO REOPEN THE BANKRUPTCY CASE

If a debtor or his attorney wishes for any relief in addition to the reopening and entry of discharge, the motion must be set on calendar and noticed.

The above entitled case was closed on 10/10/2014 with the issuance of a discharge. The Debtor hereby moves the Court for an order reopening this case for the purpose of discharge, upon submitting information as required.

Submitted with this motion is the filing fee required by 28 U.S.C. § 1930 (b) for reopening the case. If this motion is filed by an attorney, the attorney certifies that she or she has not charged their client for services related to this motion.

RESPECTFULLY SUBMITTED 11TH day of December, 2014.

_____
Aydin T. Oner
3733 Misty Falls Street
Las Vegas, Nevada 89129
*In Proper Person*

220138   235 —

**AFFIDAVIT IN SUPPORT OF MOTION TO REOPEN CASE TO ADD CREDITOR**

STATE OF NEVADA      )
                     ) ss:
COUNTY OF CLARK      )

Aydin T. Oner, being first duly sworn upon oath, deposes and says as follows:

1. I am the Debtor in the above-entitled action. I have personal knowledge of the facts contained in my motion and in this affidavit and am competent to testify to these facts. The statements in this motion and affidavit are true and correct to the best of my knowledge.

2. This declaration is submitted in support of Debtor's MOTION TO REOPEN CASE TO ADD CREDITOR, to have the Motion heard before the Court.

3. I certify that this motion is made in good faith and for good cause.

FURTHER YOUR AFFIANT SAYETH NOT:

_____
Aydin T. Oner
3733 Misty Falls Street
Las Vegas, Nevada 89129
*In Proper Person*