| | |
|---|---|
| Aydin T. Oner<br>3733 Misty Falls Street<br>Las Vegas, Nevada 89129<br>*In Proper Person* | RECEIVED<br>AND FILED<br><br>2014 DEC 10  PM 3 29<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

In re:

    Aydin T. Oner,

        Debtors.

Case No.: 14-14200-MKN

Chapter: 13

Date: 01/14/2015

Time: 2:30pm

### EX PARTE NOTICE OF MOTION TO REOPEN THE BANKRUPTCY CASE

    You are hereby notified that the Debtor has filed a motion to reopen the bankruptcy case in order to receive discharge. Debtor was initially dismissed for failure to submit documents as required. Debtor now has the information and documents available, and is ready to proceed through discharge.

    Debtor has paid the filing fee installments in full, and will submit the documents to Kathleen A. Leavitt, Esq. and Rick A. Yarnall, Esq., offices upon filing.

    The above named Creditor has 30 days from the date of service below to object to reopening of the case for addition of the claim, or to file a complaint objecting to discharge of the debt or discharge of the Debtor under 11 U.S.C. § 523, 727. If neither an objection to

/ / / /

/ / / /

/ / / /

reopening nor a complaint under § 523 or § 727 is filed by the deadline, the Creditor's claim will be discharged and the case will be reclosed without further notice or hearing.

_____
Aydin T. Oner
3733 Misty Falls Street
Las Vegas, Nevada 89129
*In Proper Person*