**DENIED**
Denied as there is an insufficient basis to reopen the case and no basis for issuance of a Chapter 13 discharge.



Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
December 15, 2014

Aydin T. Oner
3733 Misty Falls Street
Las Vegas, Nevada 89129
*In Proper Person*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEVADA

In re:                              )
                                    )
   Aydin T. Oner,                   )   Case No.: 14-14200-MKN
                                    )
              Debtors.              )   Chapter: 13
                                    )
                                    )
                                    )
                                    )
                                    )

### ORDER GRANTING MOTION TO REOPEN BANKRUPTCY CASE

Debtor's MOTION TO REOPEN BANKRUPTCY CASE filed with the Court, and the Court being fully advised in the premises after reviewing pleadings and supporting documents herein and for good cause appearing therefore,

It is hereby ORDERED, the Debtor's MOTION TO REOPEN BANKRUPTCY is GRANTED.

DATED this _____ day of _____, 20___.

U.S. BANKRUPTCY JUDGE

_____

Aydin T. Oner
3733 Misty Falls Street
Las Vegas, Nevada 89129
*In Proper Person*